IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF ALABAMA

Danny Wright
    plantiff,        20-cv-407-KD-B

V.

Lt. Davis, officer
Price, officer Ming        Civ #
    defendants,

## 1983 Civil Rights Action

Your Honor, Mr. Wright is appearing Pro Se today in the above styled matter Requesting that this most Honorable Court Allow me to proceed with this non frivolous lawsuit against defendants.

### Venue

The claims happened in Atmore Alabama therefore this is the appropriate Court for relief.

### Grievances

Alabama Dept. of Corrections does not have a grievance system but I wrote complaint anyways and verbally complained to the warden here at Fountain.

### Litigation History

I have not previously filed any lawsuits pertaining to these matters and I don't have 3-strikes against me.

Defendants: work at Atmore Prison GK Fountain Corr. Facility   Defendant #1) Lt. Davis
Defendant #2) C/o Ming
Defendant #3) C/o Price
P.O Box 3800  Atmore AL 36503

Plaintiff: Resides at Fountain Corr. Fac.
P.O Box 3800
Atmore AL 36503

Defendants are being sued jointly and severally for punitive damages in their individual capacities in the amount of $100,000 plus Attorney Fees and Court Costs

Jury Trial is Demanded on Both Claims

* Claim #1 *
Unnecessary Use force
8th Amendment Cruel and
Unusual Punishment Claim

On or About August 8th 2020 While I was Taking A Shower on the nite shift Lt. Davis And Officer Ming Approached the shower area and told me to get out I Been in to long

I complied with all orders, dried off and got dressed and went to my Bed Area. Both Davis and Ming Both asked me to come out the Dorm to talk to them. They thought I was masturbating on some Guard when I wasn't. I Explained I don't do that And have been locked up about 15 years

And not one time have I ever had a sex charge in prison. I was told to chill out and go back to my bed area.

About 20-30 minutes later while in #7 cell Seg Building the cameras will show defendants come in the building and get me and escort me to the Shift Office. Lt. Davis tells officer Price to escort me to medical to get a Body Chart done.

While in medical we got the Body Chart done and no bruises were documented.

Once we finished the Body Chart, we waited on Lt. Davis to arrive. Once Lt. Davis got to medical he, Price and Ming took me to a closet while in handcuffs and this is where the unnecessary use of force comes in. Lt. Davis pepper sprayed me on my face and all over my body and started beating on me with defendants Ming and Price. All 3 of them were punching me and kicking on me causing my contact lense to break in my eye. My eye sth is very blurry constantly hurts and I can't see. I'm in constant pain.

I was scared for my life and in so much pain I started screaming for medical and mental health to help me and saying I'm suicidal just to somehow make the beating stop.

I was never even given a shower or taken to a Eye Wash Station to clean my eyes out. I was just locked in a cell burning in pain till the next day when I was released to a mental health dorm to shower.

Defendant Ming, Price and Davis deliberately hurt me on purpose for no justifiable reason by pepper spraying me and beating on me while in cuffs.

The medical unit cameras are up in place and will confirm what happend along with medical records.

When the next shift came on and seen my Injuries Another Body Chart was done showing all my Injuries because the New Shift didn't want to be Responsible for beating on me and they heard what happened.

### Claim #2
### Unnecessary use of excessive Force 8th Amendment Cruel And Unusual Punishment Claim

②

On or about August 8, 2020 while in the medical unit in handcuffs Lt. Davis, Officer Ming, Officer Price all used unnecessary use of excessive force on me. The medical unit cameras will verify this and show at no time was any type of force supposed to be used on me.

I was escorted to a closet after my 1st Body Chart was done and pepper sprayed all over my face and body while in handcuffs. Lt Davis, Ming and Price started punching on me and kicking me so hard that my eye was swollen, bruised and my contact lense broke in it. I thought I was gonna die. I was burning in so much pain, I couldn't breath or see or defend myself cause my hands were cuffed. These 3 defendants took turns savagely beating on me and trying to deliberately hurt me.

I kept screaming for them to stop and for medical and mental health to help me. I screamed suicide and was eventually put in a suicide cell without given a shower or medical care for my Injuries and to get the mace off me. The Next shift came on and didn't want to be responsible for the defendants beating on me so they did a Body Chart noting all Injuries

Wherefor Plaintiff Respectfully Requests that this most honorable court order defendants to pay punitive Damages in there individual capacity and or set a trial date to have my case heard by a Jury.

Respectfully Submitted

X   date: 8-11-20        X Danny Wright Jr.

## Sworn Declaration

I Danny Wright declare under the penalty of perjury that everything stated herein my 1983 Action is true and correct and is not Frivilous.. Defendants did Spray me with mace for no Reason, they beat on me causing Damage to my Eye. The Whole time I was in handcuffs and couldnt protect myself. I was not given a shower to decontaminate me eather. I was left suffering in pain from the mace eating at my skin and from the Beating put on me by Davis, Price and Ming.

X Respectfully Submitted
X   date: 8-11-20        X Danny Wright Jr.

Fountain Corr. Fac.
Danny Wright #229150
Fontain 3800
Atmore Al 36503

Legal Mail
8-11-2020

MOBILE AL 366
12 AUG 2020 PM 2 L

United STATES Southern District Court
155 ST. Josephs Street
Mobile, Al 36602

36602-368399