**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| DANNY WRIGHT, #229150, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  1:20-CV-00407-KD-B |
| | ) | |
| LT. DAVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FIRST AMENDED COMPLAINT**

Plaintiff Danny Wright, by and through undersigned counsel, files this Amended Complaint against Defendants Lieutenant Perry Davis ("Davis"), Officer LeVante Price ("Price"), and Officer Tobias Ming ("Ming"), and states as follows:

**INTRODUCTION**

1.      This action is brought pursuant to 42 U.S.C. § 1983 to redress the deprivation under color of law of Plaintiff's rights as secured by the Eighth Amendment to the United States Constitution.

**JURISDICTION AND VENUE**

2.      This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

3.      Venue is proper in this Court under 28 U.S.C. § 1391(b) because the events giving rise to the claims asserted in this complaint occurred in this judicial district.

**PARTIES**

4.      Plaintiff is, and has been at all relevant times, an Alabama Department of Corrections prisoner.  Plaintiff is currently confined at Red Eagle Work Center, 1290 Red Eagle Road Montgomery, AL 36110.

5.      At all relevant times, Defendant Davis was employed as an officer at GK Fountain Correctional Facility in Atmore, Alabama.  At all relevant times to the events at issue in this case, Davis was acting under the color of law and within the scope of his employment with the Alabama Department of Corrections.  Davis is being sued in his individual capacity.

6.      At all relevant times, Defendant Price was employed as an officer at GK Fountain Correctional Facility in Atmore, Alabama.  At all relevant times to the events at issue in this case, Price was acting under the color of law and within the scope of his employment with the Alabama Department of Corrections.  Price is being sued in his individual capacity.

7.      At all relevant times, Defendant Ming was employed as an officer at GK Fountain Correctional Facility in Atmore, Alabama.  At all relevant times to the events at issue in this case, Ming was acting under the color of law and within the scope of his employment with the Alabama Department of Corrections.  Ming is being sued in his individual capacity.

## FACTUAL ALLEGATIONS

8.      At all relevant times, Plaintiff was incarcerated at the GK Fountain Correctional Facility in Atmore, Alabama.  On or about August 8, 2020, Plaintiff was in the shower when Defendants Davis and Ming ordered him to get out of the shower.  Plaintiff complied with these orders and was escorted to the Shift Office.

9.      Once in the Shift Office, Plaintiff was questioned about an incident in the shower. After being questioned about the incident, Plaintiff was escorted to the Healthcare Unit to receive a "Body Chart."

10.     While in the Healthcare Unit, Defendants unjustifiably beat and pepper sprayed Plaintiff.  This unjustifiable use of force caused Plaintiff to suffer significant injuries, depriving

him of his constitutional rights.  Defendants acted intentionally and deliberately when causing

Plaintiff harm.

11.    After beating and pepper spraying Plaintiff, Defendants placed Plaintiff in a "Crisis

Cell" where he was placed under constant monitorization.

13.    The next morning, while a new set of shift officers were working, Plaintiff asked

for medical assistance.  Plaintiff was taken to the Healthcare Unit where he received a "Body Chart."

This "Body Chart" concluded that Plaintiff suffered bodily injuries due to Defendants

unconstitutional conduct.  Due to these severe injuries, Plaintiff was transported to the Atmore

Community Hospital for further treatment and examination.

## FIRST CASUE OF ACTION
### 42 U.S.C. § 1983 – Excessive Force in violation of the Eight Amendment

13.    Plaintiff hereby incorporates by reference all other paragraphs of this Complaint as

if fully set forth herein.

14.    41 U.S.C. § 1983 provides that:

> Every person, who under color of any statute, ordinance, regulation, custom
> or usage of any state or territory of the District of Columbia subjects or causes to
> be subjected any       citizen of the United States or other person within the
> jurisdiction thereof to the deprivation of any rights, privileges or immunities
> secured by the constitution and laws shall be liable to the party injured in an action
> at law, suit in equity, or other appropriate proceeding for redress …

15.    Defendants Davis, Price, and Ming, jointly and severally, deprived Plaintiff of

clearly established rights secured to him under the United States Constitution—specifically the

Eighth Amendment right to be free from cruel and unusual punishment.

16.    Defendants instituted cruel and unusual punishment when they unjustifiably used

excessive force against Plaintiff.

17.     Any reasonable officer in the position of Defendants would have known that the force being used against Plaintiff was unconstitutional.

18.     Any reasonable officer in the position of Defendants would have known that they had a duty to take reasonable measures to prevent harm to Plaintiff and to refrain from the implementation of cruel and unusual punishment.

19.     Defendants' conduct resulted in physical injury to Plaintiff.

20.     Defendants' conduct resulted in psychological injuries to Plaintiff including fear for his own life.

21.     Defendants' conduct was the proximate cause in producing the aforementioned injuries.

### CLAIM FOR RELEIF

22.     Plaintiff hereby incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

23.     Due to Plaintiff's injuries, he seeks to recover compensatory, economic, consequential, and punitive damages in an amount to be determined at trial by a jury.

24.     Due to Plaintiff's injuries and the deprivation of his constitutional rights, Plaintiff seeks attorneys' fees pursuant to 42 U.S.C. § 1988.


                                        Respectfully Submitted

                                        /s/ *Gabriel D. Dowdell*
                                        One of the Attorneys for Plaintiff
                                        Danny Wright

OF COUNSEL:
W. McKinley Dunn
mdunn@lightfootlaw.com
Gabriel D. Dowdell
gdowdell@lightfootlaw.com

4

LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700 (telephone)
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I certify that on June 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system, which will provide notice to all counsel of record.

/s/ *Gabriel D. Dowdell*
Of Counsel