# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DANNY WRIGHT, #229150, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:20-CV-00407-KD-B |
| LT. DAVIS, et al., | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Danny Wright and all Defendants, through undersigned counsel, hereby jointly stipulate and agree to the dismissal, with prejudice, of Defendant Officer Tobias Ming.

Plaintiff's claims against the remaining Defendants, Lt. Perry Davis and Officer Levante Price, are expressly preserved and shall remain pending. This dismissal does not affect the claims against the remaining Defendants.

Jointly filed this 20th day of December 2023.

*Attorneys for Plaintiff Danny Wright*

W. McKinley Dunn
mdunn@lightfootlaw.com
Gabriel D. Dowdell
gdowdell@lightfootlaw.com
Matthew J. Winne
Mwinne@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700 (telephone)

(205) 581-0799 (fax)

***Attorneys for Defendants***

Mary Goldthwaite
[Mary.Goldthwaite@AlabamaAG.gov](Mary.Goldthwaite@AlabamaAG.gov)
Hunter Sims
[Hunter.Sims@AlabamaAG.gov](Hunter.Sims@AlabamaAG.gov)
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 353-9189 (T)
(334) 353-8400 (F)

## CERTIFICATE OF SERVICE

      I certify that on <u>December 20, 2023,</u> I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system, which will provide notice to all counsel of record.

                                      /s/ *Gabriel D. Dowdell*
                                      Of Counsel